UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EDWARD R. FINLEY and REBECCA M. FINLEY,

    Plaintiffs,

  v.

JAY I. LIPOFF and UNITED STATES OF AMERICA,

    Defendants.

Case No. 09-cv-583-JPG

## JUDGMENT

This matter having come before the Court and the issues having been heard, and a decision having been rendered,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

                                **JUSTINE FLANAGAN, Acting Clerk**

                                **By:s/Deborah Agans, Deputy Clerk**

**DATED: August 11, 2009**

**Approved:**    s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**